UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

TERRENCE JOSEPH CARPENTER

v.  CA NO. 15-324 ML

CAROLYN W. COLVIN, ACTING
COMMISSIONER OF SOCIAL SECURITY

ORDER

This matter is before the Court on the Report and Recommendation issued by Magistrate Judge Sullivan on September 30, 2016 (Docket #17). No objection has been filed.

The Court has reviewed the Report and Recommendation and concurs in the Magistrate Judge's conclusions. Therefore, the Report and Recommendation is adopted. Plaintiff's Motion to Reverse is DENIED and Defendant's Motion to Affirm is GRANTED.

SO ORDERED:

/s/ Mary M. Lisi
Mary M. Lisi
Senior United States District Judge
November 3, 2016